LINK:

#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

#### CIVIL MINUTES – GENERAL

| Case No. | CV 16-00759-BRO (KKx) | Date | June 1, 2016 |
|---|---|---|---|
| Title | RODNEY MARSHALL V. UNITED INSURANCE OF AMERICA, ET AL | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANT'S MOTION TO DISMISS

Pending before the Court is Defendant United Insurance Company of America's ("Defendant") Motion to Dismiss. (Dkt. No. 7.) Defendant filed its Motion to Dismiss on April 26, 2016, noticing a hearing date of June 13, 2016. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Pro Se Plaintiff Rodney Marshall's ("Plaintiff") opposition, if any, was due no later than May 23, 2016. Plaintiff did not file any opposition. (*See also* Dkt. No. 8 (Defendant's Notice of Non-Receipt of Opposition to Motion to Dismiss).) Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion to Dismiss. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the Motion to Dismiss, if any, shall be filed by no later than Monday, June 13, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose Defendant's Motion. **Any reply by Defendant shall be filed on Friday June 17, 2016.**

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-00759-BRO (KKx) | Date | June 1, 2016 |
|---|---|---|---|
| Title | RODNEY MARSHALL V. UNITED INSURANCE OF AMERICA, ET AL | | |

The Court notes that the Federal Pro Se Clinic is a resource available to pro se litigants, like Plaintiff, to aid during the course of litigation. The Federal Pro Se Clinic in Santa Ana is located at:

Ronald Reagan Federal Building and United States Courthouse
411 W. 4th Street, Room 1055
Santa Ana, California 92701

and can be reached at (714) 541-1010, Ext. 222. Plaintiff is encouraged to check the Clinic's website (http://court.cacd.uscourts.gov/cacd/ProSe.nsf/) or call for available hours.

**IT IS SO ORDERED.**                                                :

                                                                Initials of Preparer        rf