**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
DOUGLAS R. IRVINE, SB# 119863
  E-Mail: Doug.Irvine@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, UNITED INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MARSHALL,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNITED INSURANCE COMPANY OF AMERICA, a corporation; and DOES 1-5,<br><br>              Defendant. | CASE NO. 5:16-cv-00759 BRO(KK)<br><br>The Hon. Beverly Reid O'Connell<br>ORDER ON<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Action Filed:  March 23, 2016<br>FAC Filed:     October 27, 2016<br>Trial Date:    None set |

TO THE COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, RODNEY MARSHALL ("Marshall") and Defendant, UNITED INSURANCE COMPANY OF AMERICA ("UICA"), by and through their respective counsel of record, that based upon a settlement agreed to by the parties the entire action shall be dismissed with prejudice, pursuant to FRCP 41(a)(2).

IT IS HEREBY FURTHER AGREED by and between the parties that the Court is requested to retain jurisdiction only for the purposes of enforcing the settlement.

1    Dated:  January 9, 2017          REID & HELLYER

2

3                                     By__/s/ Douglas A. Plazak____

4                                          DOUGLAS A. PLAZAK
                                      Attorneys for Plaintiff, RODNEY MARSHALL
5

6
     Dated:  January 9, 2017          LEWIS BRISBOIS BISGAARD & SMITH LLP
7

8                                     By__/s/ Douglas R. Irvine_____

9                                          DOUGLAS R. IRVINE
                                      Attorneys for Defendant, UNITED INSURANCE
10                                    COMPANY OF AMERICA

11

12

13

14                                   ┌─────────────────────────────────────┐
                                     │ **IT IS SO ORDERED.**               │
15                                   │                                     │
                                     │ **DATED:**      January 12, 2017    │
16                                   │                                     │
                                     │                                     │
17                                   │ **UNITED STATES DISTRICT JUDGE**    │
                                     └─────────────────────────────────────┘
18

19

20

21

22

23

24

25

26

27

28